

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00400-CR

RYAN SCOTT RALSTON, Appellant

§ On Appeal from the 90th District Court

§ of Young County (CR11992)

V.

§ August 7, 2025

§ Memorandum Opinion by Chief Justice Sudderth

THE STATE OF TEXAS

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
　　Chief Justice Bonnie Sudderth